# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Mark Walker

Civil Case # 1:24-cv-02298-RLY-TAB

## **NOTICE OF APPEARANCE**

To:   The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Mark Walker.

Dated: February 3, 2025.                                Respectfully submitted,

                                                        */s/ Ben C. Martin*
                                                        Ben C. Martin, TX Bar No. 13052400
                                                        **Ben Martin Law Group, PLLC**
                                                        3141 Hood Street, Suite 600
                                                        Dallas, TX 75219
                                                        Tel.: (214) 761-6614
                                                        Fax: (214) 744-7590
                                                        bmartin@bencmartin.com

                                                        ***Attorney for Plaintiff***

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 3, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                            */s/ Ben C. Martin*
                                            Ben C. Martin